# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ANDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:18 CV 1082 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's request to take judicial notice. Petitioner asks the Court to take judicial notice that he has yet to receive respondent's response to his proposed amended § 2255 motion. The request will be denied as this is not an appropriate request for judicial notice. Moreover, the docket sheet reflects that respondent timely filed its response to petitioner's proposed amended § 2255 motion as required on December 14, 2018. That response is Document Number 24 and contains a certificate of service reflecting that it was mailed to petitioner on that same date. As a one-time courtesy to petitioner, I will direct the Clerk of Court to send a copy of Document 24 to petitioner and grant him an extension of time, up to and including February 15, 2019, to file his traverse in support of his § 2255 motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request for judicial notice [25] is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of Document 24 to petitioner, and petitioner shall file his traverse in support of his § 2255 motion and proposed amended § 2255 motion by no later than February 15, 2019.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2019.